August 24, 2021

Hon. John L. Sinatra, Jr.
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: *People of the State of New York, by Letitia James, Attorney General of the State of New York v. Niagara Wheatfield Central School District*, 21-cv-759

Dear Judge Sinatra:

The parties write jointly to inform the Court that Defendant has consented to Plaintiff's request to file an amended complaint in the above-captioned matter. Accordingly, Plaintiff files an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). *See* Doc. No. 11.

                Respectfully submitted,

                **LETITIA JAMES**
                *Attorney General of the State of New York*

                By: */s/ Sandra Pullman*
                Sandra Pullman, *Senior Counsel*
                Amanda Meyer, *Assistant Attorney General*\*
                Office of the New York State Attorney General
                New York, New York 10005
                Phone:  (212) 416-8623
                Sandra.Pullman@ag.ny.gov

                \* *Application for admission pro hac vice forthcoming*

                By: */s/ Brian C. Mahoney*

                **HARRIS BEACH LLP**
                Brian Clinton Mahoney
                Svetlana K. Ivy
                Tracie L. Lopardi
                Larkin at Exchange
                726 Exchange Street
                Suite 1000
                Buffalo, NY 14210
                Phone:  (716) 200-5050
                bmahoney@harrisbeach.com