Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

PEOPLE OF THE STATE OF NEW YORK
BY LETITIA JAMES, NEW YORK STATE
ATTORNEY GENERAL

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 21-CV-759

v.

NIAGARA-WHEATFIELD CENTRAL SCHOOL DISTRICT

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the Report and Recommendation is accepted and adopted, in part; that Defendant's Motion for Judgment on the Pleadings is Granted without prejudice; that the Court declines to exercise supplemental jurisdiction over Plaintiff's state-law negligent supervision claim; and that the Plaintiff's leave to file a second amended complaint is Denied.

Date: August 29, 2022

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Jennifer V.
    Deputy Clerk