UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X   Case No. 21-759

People of the State of New York, by LETITIA JAMES,
Attorney General of the State of New York,

                         Plaintiff,

      -against-

NIAGARA WHEATFIELD CENTRAL SCHOOL DISTRICT,

                         Defendant.

---------------------------------------------------------------------------X

## NOTICE OF APPEAL

     Notice is hereby given that Plaintiff State of New York, by Letitia James, Attorney General of the State of New York, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order in this action dated August 26, 2022 (ECF No. 52), which accepted and adopted, in part, the Report and Recommendation issued on May 11, 2020 (ECF No. 41), granted Defendant's Motion for Judgment on the Pleadings (ECF No. 34) without prejudice; declined to exercise supplemental jurisdiction over Plaintiff's state law negligent supervision claim; and denied Plaintiff leave to file a second amended complaint.

Dated: September 26, 2022        Respectfully submitted,

                                         LETITIA JAMES
                                         Attorney General of the State of New York

                              By:    /s/ Sandra Pullman

                                         Sandra Pullman
                                         Senior Counsel
                                         Office of the New York State Attorney General

Civil Rights Bureau
28 Liberty Street
New York, New York 10003
(212) 416-8623
Sandra.pullman@ag.ny.gov