UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X   Case No. 21-759

People of the State of New York, by LETITIA JAMES,
Attorney General of the State of New York,

                Plaintiff,

      -against-

NIAGARA WHEATFIELD CENTRAL SCHOOL DISTRICT,

                Defendant.

-----------------------------------------------------------------------------X

## DESIGNATION OF INDEX TO THE RECORD ON APPEAL

PLEASE TAKE NOTICE, Plaintiff in the above-entitled action, by and through its attorney, LETITIA JAMES, Attorney General of the State of New York hereby designates the following documents filed in the Western District of New York to constitute the index to the electronic record on appeal of this matter to the Second Circuit Court of Appeals:

| District Court Docket # | Title of Document | Sequence Number: |
|---|---|---|
| 11 | AMENDED COMPLAINT | 1 |
| 14 | ANSWER | 2 |
| 34 | MOTION for Judgment on the Pleadings | 3 |
| 39 | MEMORANDUM in Opposition re MOTION for Judgment on the Pleadings | 4 |
| 40 | REPLY to Response to Motion re MOTION for Judgment on the Pleadings | 5 |
| 41 | REPORT AND RECOMMENDATIONS reDefendant's MOTION for Judgment on the Pleadings | 6 |
| 42 | OBJECTIONS to REPORT AND RECOMMENDATIONS re MOTION for Judgment on the Pleadings | 7 |
| 44 | OBJECTION to Report and | 8 |

| | | |
|---|---|---|
| | Recommendations | |
| 48 | MEMORANDUM IN OPPOSITION re Objections | 9 |
| 49 | RESPONSE in Opposition re REPORT AND RECOMMENDATIONS re | 11 |
| 50 | REPLY/RESPONSE to re Objection to Report and Recommendations | 12 |
| 51 | REPLY to Response to Motion re REPORT AND RECOMMENDATIONS re MOTION for Judgment on the Pleadings | 13 |
| 52 | DECISION AND ORDER accepting and adopting, in part, the Report and Recommendations and granting Defendant's Motion for Judgment on the Pleadings, without prejudice. | 14 |
| 53 | JUDGMENT in favor of Niagara-Wheatfield Central School District against People of the State of New York by Letitia James, New York State Attorney General | 15 |
| 54 | NOTICE OF APPEAL | 16 |

Dated: October XX, 2022        Respectfully submitted,

                                LETITIA JAMES
                                Attorney General of the State of New York

                By:    /s/ Sandra Pullman

                                Sandra Pullman
                                Senior Counsel
                                Office of the New York State Attorney General
                                Civil Rights Bureau
                                28 Liberty Street
                                New York, New York 10003
                                (212) 416-8623
                                Sandra.pullman@ag.ny.gov